1

2

3

4

5 UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6

| | |
|---|---|
| FRED WILLIAM NOLAN, JR, <br><br> Plaintiff, <br><br> vs. <br><br> DR. GILBERT ESCANDON, SGT TOM HILL and DR. CRISWELL KENNEDY, <br><br> Defendants. | NO:  2:14-cv-00228-JPH <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF FILING FEE CEASE |

7

8

9

10

11

12 Magistrate Judge Hutton filed a Report and Recommendation on October 7,

13 2014, recommending that Plaintiff's motions to voluntarily dismiss and to waive

14 collection of the filing fee be granted, ECF No. 12.  There being no objections, the

15 Court **ADOPTS** the Report and Recommendation.   The Motion to Voluntarily

16 Dismiss, ECF No. 9, is **GRANTED** and Complaint, ECF No. 7 is **DISMISSED**

17 **WITHOUT PREJUDICE.**

18 **IT IS FURTHER ORDERED** Plaintiff's Motion to Waive Filing Fee, ECF

19 No. 10, is **GRANTED** and the institution having custody of Mr. Nolan shall cease

20 collection of the filing fee in this action, cause number **2:14-cv-00228-JPH.**

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF FILING FEE CEASE --1

1   **IT IS SO ORDERED**.  The District Court Executive is directed to enter this

2   Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff at

3   his last known address and close the file.  The District Court Executive is further

4   directed to send a copy of this Order to the **Spokane County Jail, Attn: Jail**

5   **Office Supervisor, W. 1100 Mallon, Spokane, WA  99260,** to forward to the

6   appropriate agency having custody of Plaintiff.  The District Court Executive also

7   **shall** provide a copy of this Order to the Financial Administrator for the United

8   States District Court, Eastern District of Washington.

9   **DATED** this 6th day of November 2014.

10

11   _____

STANLEY A. BASTIAN

12   United States District Court Judge

13

14

15

16

17

18

19

20

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING
COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT
COLLECTION OF FILING FEE CEASE --2