# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| FRED WILLIAM NOLAN, JR, <br> *Plaintiff* <br> v. <br> DR. GILBERT ESCANDON, SGT TOM HILL and DR. CRISWELL KENNEDY, <br> *Defendant* | Civil Action No.  2:14-cv-00228-JPH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Complaint, ECF No. 7 is DISMISSED WITHOUT PREJUDICE.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for


Date:  November 6, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia